STATE OF MAINE
KENNEBEC, ss

RECEIVED AND FILED
KENNEBEC SUPERIOR COURT

2007 DEC 21 A 9: 45

MICHELLE ... WOOD
CLERK OF COURTS

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-07-773
NM- KEN - 12/21/2007

STATE OF MAINE

v.

ERNEST CALL,

Defendant

ORDER ON DEFENDANT'S
MOTION TO SUPPRESS

DONALD L. GARBRECH
LAW LIBRARY

JAN 2 4 2008

The findings of fact made on the record at the close of the hearing are incorporated into this order by reference.

CONCLUSIONS OF LAW

An "ordinary traffic stop to ask a few questions and to conduct field sobriety tests on a driver suspected of operating under the influence does not amount to custodial interrogation" that requires Miranda warnings. See State v. Lewry, 550 A.2d 64, 65 (Me. 1988); see also Berkemer v. McCarty, 468 U.S. 420, 423 (1984) (defendant questioned outside his vehicle on side of road); State v. Swett, 1998 ME 76, ¶ 4, 709 A.2d 727, 730 (defendant interviewed either while seated in his vehicle or outside his vehicle on side of road). An officer is permitted to ask routine booking questions or administrative questions whether a defendant is or is not in custody. See State v. Lockhart, 2003 ME 108, ¶ 18, 830 A.2d 433, 441; State v. Rossignol, 627 A.2d 524, 526 (Me. 1993).

The officer's asking the defendant to rate his sobriety on a scale of one to ten is not a field sobriety test and is not an administrative question. It is a question designed to elicit an incriminating response. See State v. Nixon, 599 A.2d 66, 67 (Me. 1991). The issue is whether the defendant was in custody.

1

Considering the factors outlined in State v. Michaud, viewed in their totality, the court concludes that the defendant was not in custody. See Berkemer, 468 U.S. at 437-441; State v. Michaud, 1998 ME 251, ¶ 4, 724 A.2d 1222, 1226. On this record, a reasonable person in the defendant's position would not have concluded that he was "in police custody and constrained to a degree associated with formal arrest." See id. Accordingly, no Miranda warnings were required in order for the defendant's answers to the officer's questions to be admissible. See State v. Holloway, 2000 ME 172, ¶ 13, 760 A.2d 223, 228.

The entry is

The Defendant's Motion to Suppress is DENIED.

Date: December 20, 2007

Nancy Mills
Justice, Superior Court

2

STATE OF MAINE
  vs
EARNEST V CALL
15 WABON ST
AUGUSTA ME 04330

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2007-00773

**DOCKET RECORD**

DOB: 07/31/1947
Attorney: WALTER MCKEE                      State's Attorney: EVERT FOWLE
          LIPMAN & KATZ & MCKEE, PA
          227 WATER STREET
          PO BOX 1051
          AUGUSTA ME 04332-1051
          RETAINED 07/25/2007

## Charge(s)

1   OPERATING UNDER THE INFLUENCE              07/13/2007 GARDINER
Seq 9878   29-A  2411(1-A)(A)          Class D
   GOVE                    / GAR


## Docket Events:

08/23/2007 Charge(s): 1
          TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 08/23/2007 @ 18:00

          TRANSFERRED CASE: SENDING COURT CASEID AUGDCCR200701577
          FILING DOCUMENT -  CASH BAIL BOND FILED ON 07/14/2007

          Charge(s): 1
          HEARING -  ARRAIGNMENT SCHEDULED FOR 08/15/2007 @ 10:00 in Room No.  1

          NOTICE TO PARTIES/COUNSEL
          Charge(s): 1
          HEARING -  ARRAIGNMENT WAIVED ON 08/15/2007

          BAIL BOND - $200.00 CASH BAIL BOND FILED ON 07/16/2007

          BAIL BOND -  CASH BAIL BOND DISBURSEMENT ON 08/23/2007

          Party(s):  EARNEST V CALL
          ATTORNEY -  RETAINED ENTERED ON 07/25/2007

          Attorney:  WALTER MCKEE
          Charge(s): 1
          MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 07/25/2007

          Charge(s): 1
          MOTION -  MOTION TO SUPPRESS FILED BY DEFENDANT ON 07/25/2007

          Charge(s): 1
          SUPPLEMENTAL FILING -  COMPLAINT FILED ON 08/08/2007

          Charge(s): 1
          PLEA -  NOT GUILTY ENTERED BY COUNSEL ON 08/15/2007

Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL GRANTED ON 08/23/2007


Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL REQUESTED ON 07/25/2007


Attorney: WALTER MCKEE
Charge(s): 1
FINDING - TRANSFER FOR JURY TRIAL TRANSFERRED ON 08/23/2007


AUGSC
08/28/2007 Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 08/27/2007


AUGUSTA DC - CR-07-1577
08/28/2007 BAIL BOND - $200.00 CASH BAIL BOND FILED ON 08/28/2007


Bail Receipt Type: CR
Bail Amt: $200
                                    Receipt Type: CK
Date Bailed: 07/14/2007    Prvdr Name: PATRICIA  MERRILL
                           Rtrn Name: PATRICIA  MERRILL


08/28/2007 Charge(s): 1
HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 10/04/2007 @ 8:00


NOTICE  TO PARTIES/COUNSEL
08/28/2007 Charge(s): 1
HEARING - MOTION TO SUPPRESS SCHEDULED FOR 10/04/2007 @ 8:00


NOTICE  TO PARTIES/COUNSEL
10/10/2007 ORDER - TRANSCRIPT ORDER FILED ON 10/09/2007


COPY SENT TO MAUREEN BRADFORD
10/10/2007 Charge(s): 1
HEARING - MOTION TO SUPPRESS HELD ON 10/04/2007
NANCY  MILLS , JUSTICE
Reporter: MAUREEN WHITEHOUSE
Defendant Present in Court
10/10/2007 Charge(s): 1
MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 10/04/2007
NANCY  MILLS , JUSTICE
10/30/2007 OTHER FILING - TRANSCRIPT FILED ON 10/30/2007


RE: MOTION TO SUPPRESS HELD ON 10/4/07
12/21/2007 Charge(s): 1
HEARING - MOTION FOR DISCOVERY HELD ON 10/04/2007
NANCY  MILLS , JUSTICE
Defendant Present in Court
12/21/2007 Charge(s): 1
MOTION - MOTION FOR DISCOVERY GRANTED ON 10/04/2007
NANCY  MILLS , JUSTICE
COPY TO PARTIES/COUNSEL

Printed on: 12/21/2007

12/21/2007 Charge(s): 1
        MOTION -  MOTION TO SUPPRESS DENIED ON 12/20/2007
        NANCY  MILLS , JUSTICE
        COPY TO PARTIES/COUNSEL
12/21/2007 Charge(s): 1
        TRIAL -  DOCKET CALL SCHEDULED FOR 02/04/2008


A TRUE COPY
ATTEST:  _____
                    Clerk